# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                             Tel: 718-740-1000
Email: abdul@abdulhassan.com                                          Fax: 718-740-2000
*Employment and Labor Lawyer*                                         Web: www.abdulhassan.com

**January 5, 2021**

**Via ECF**

Hon. Ramon E. Reyes, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Re: Malloy v. Management 26 Inc. et al</u>
    Case No.  20-CV-01633 (RER)
    **Fully Executed Settlement Agreement**

Dear Magistrate-Judge Reyes:

     My firm represents Plaintiff in the above referenced action, and I respectfully write to provide the Court with the attached fully executed copy of the revised settlement agreement consistent with Your Honor's directives. (Exhibit 1).

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsels via ECF**

1